UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gail S Nugent

| | |
|---|---|
| Case No.: | 13-20956 |
| Hearing Date: | 4/4/2018 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:  ❒ Followed   ❒ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Harvey I. Marcus_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2