Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.: 13–20956–CMG
                      Chapter: 13
                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail S Nugent
   160 Prospect Ave
   Phillipsburg, NJ 08865

Social Security No.:
   xxx–xx–0904

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 5, 2018</u>　　　　　　　　<u>Christine M. Gravelle</u>
                                      Judge, United States Bankruptcy Court