**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gail S Nugent**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0904<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–20956–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gail S Nugent

4/5/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 13-20956-CMG
Gail S Nugent                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Apr 05, 2018
                               Form ID: 3180W               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Gail S Nugent,    160 Prospect Ave,    Phillipsburg, NJ 08865-1516
514202165      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
513943329      +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
513943331      +Cbalv/creditech,    Po Box 99,    Bangor, PA 18013-0099
513943337      +Mbs Inc,    65 E Elizabeth Ave Ste 3,    Bethlehem, PA 18018-6518
514222930      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffed Street, Suite 301,
                 Mountainside, NJ 07092-2315
513943338      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
513943340      +Pinnacle Financial Gro,    Po Box 7230,    Overland Park, KS 66207-0230
513943341      +Pinnacle Financial Group,    Po Box 7230,    Overland Park, KS 66207-0230
514108767      +Social Security,    134 S Fourth Street,    Easton, PA 18042-3678
513943344       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
513943345      +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
513943347      +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513954725       EDI: AIS.COM Apr 06 2018 03:03:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
513943330      +E-mail/Text: banko@berkscredit.com Apr 05 2018 23:27:48      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
514151949       EDI: RECOVERYCORP.COM Apr 06 2018 03:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
514220975       EDI: BL-BECKET.COM Apr 06 2018 03:04:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
513943332      +EDI: WFNNB.COM Apr 06 2018 03:04:00      Comenity Bank/fashinbug,    PO Box 182273,
                 Columbus, OH 43218-2273
513962161      +EDI: TSYS2.COM Apr 06 2018 03:04:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513943333      +EDI: TSYS2.COM Apr 06 2018 03:04:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513943334      +EDI: RMSC.COM Apr 06 2018 03:04:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
513943335      +EDI: IRS.COM Apr 06 2018 03:04:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
513943336      +EDI: CBSKOHLS.COM Apr 06 2018 03:03:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
513943342       EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
514171800       EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,
                 c/o JC PENNEY CREDIT CARD,    POB 41067,    Norfolk VA 23541
514202928       EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o WAL-MART,
                 POB 41067,    Norfolk VA 23541
513943339      +E-mail/Text: ebn@vativrecovery.com Apr 05 2018 23:27:53      Palisades Collection, LLC,
                 210 Sylvan Ave, Ste 1,    Englewood Cliffs, NJ 07632-2510
513972056       EDI: Q3G.COM Apr 06 2018 03:04:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
513943343      +E-mail/Text: Supportservices@receivablesperformance.com Apr 05 2018 23:29:03
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
514007336       EDI: WFFC.COM Apr 06 2018 03:03:00      Wells Fargo Bank, N.A.,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
513943346      +EDI: WFFC.COM Apr 06 2018 03:03:00      Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513943348     ##Zucker, Goldberg & Ackerman, LLC,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 05, 2018
                              Form ID: 3180W           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Gail S Nugent him@lawmarcus.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
                                                                                             TOTAL: 7
```