UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Gail S Nugent

Case No.: _____13-20956_____

Hearing Date: _____4/4/2018_____

Judge: ___Christine M. Gravelle___

Chapter: _____13_____

Recommended Local Form:     ❑  Followed     ❑  Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

.......

**DATED: April 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Harvey I. Marcus_____, and for good cause shown, it is

ORDERED as follows:

    1.    This case is reopened.

    2.    ❑    A Trustee shall be appointed.

            ☑    A Trustee shall not be appointed.

    3.    ❑    The case shall be immediately reclosed.

            ❑    The case shall be closed within _____ days.

            ☑    The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-20956-CMG
Gail S Nugent                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Apr 05, 2018
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Gail S Nugent,    160 Prospect Ave,    Phillipsburg, NJ 08865-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
            Albert  Russo   docs@russotrustee.com
            Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
              bkgroup@kmllawgroup.com
            Harvey I. Marcus   on behalf of Debtor Gail S Nugent him@lawmarcus.com
            Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Rebecca Ann Solarz   on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
                                                                                            TOTAL: 7